UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :

LAWAND HILL,                                                              :

                           Plaintiff,                           :

                                               :                 25-CV-5947 (AS)

                 -v-                                                   :

                                               :                   ORDER

FOUNDATION MEDIA LLC,                                                     :

                           Defendant.                         :

                                               :
-----------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

On December 15, 2025, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Because Plaintiff is proceeding *pro se*, however, the Court will give Plaintiff additional time to amend the complaint.

Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **Tuesday, January 27, 2026**.  If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, the Plaintiff should include those facts in the amended complaint. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying Plaintiff, stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

It is further ORDERED that if no amended complaint is filed, Plaintiff shall file and serve any opposition to the motion to dismiss by **Tuesday, January 27, 2026**. Defendant's reply, if any, shall be filed and served by **Tuesday, February 10, 2026**.

It is further ORDERED that either party may request an extension of the briefing schedule for the motion. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

Finally, the Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 16, 2025
      New York, New York

              ARUN SUBRAMANIAN
              United States District Judge

2