**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

Lawand Hill,

Plaintiff,

25 **CIVIL** 5947 (AS)

-against-

**JUDGMENT**

Foundation Media LLC,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 22, 2026, the Court finds the Report and Recommendation to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in full. Notwithstanding the dismissal of the complaint, lead counsel for Foundation is ordered to file a declaration under 28 U.S.C. § 1746, on or before September 28, 2026, stating (1) whether or not AI was used in the preparation of Foundation's response to Hill's objection and (2) whether the quotations attributed to Piazza and the citation to Zhao were a result of Foundation's unchecked use of AI. Judgment is entered for Foundation; accordingly, the case is closed.

**Dated:** New York, New York
September 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**