UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lawand Hill,

Plaintiff(s),

-against-

Foundation Media LLC,

Defendant(s).

25-CV-5947 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court appreciates counsel's response regarding their usage of AI. No further action will be taken in this instance, and the Court hopes that no punitive action will be taken as to the lawyer who principally worked on Foundation's response.

However, this should be a wakeup call. First, when AI is used to draft a brief, lead counsel in that instance should confirm that every citation, quotation, and legal proposition is double-checked for accuracy. Second, everyone should be aware that even the most advanced LLMs are prone to hallucination, and sometimes it will be hard to catch. **Along these lines, Foundation should, by October 1, 2026, file a letter disclosing the brand and version of AI used on the response to the objection here.** Third, while clients may demand the use of AI to save money, there is a risk of adverse consequences when things go wrong. For this reason, it might make sense to clients to think hard before requiring counsel to use AI for tasks such as the drafting of briefs. And finally, over-reliance on AI risks stunting the training of young lawyers. The use of AI may be unavoidable, but mentoring young lawyers is a joint responsibility that we all share. Practitioners should think about ways to ensure that junior lawyers are getting the training they need, even as reliance on these technological tools increases. (One example might be making sure that, at the very least, the initial drafting of briefs is done without the assistance of AI.)

SO ORDERED.

Dated: September 29, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge