Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

October 1, 2026

Hon. Arun S. Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Lawand Hill v. Foundation Media LLC*, No. 1:25-cv-05947-AS

Dear Judge Subramanian,

We disclose, in response to Your Honor's September 29, 2026 Order (Dkt. No. 57), that the original version of Harvey, as potentially supplemented by one or more updates referred to collectively as Harvey 2.0, was used in preparing Defendant's response to Plaintiff's objection.

We appreciate the Court's recommendations. They are well taken and consistent with our firm's policies and general practices.

Respectfully submitted,

Cynthia S. Arato